**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

TYRONE WALKER,

                          Plaintiff,

    v.                                                   No. 12-CV-807
                                                                (TJM/CFH)

THOMAS LaVALLEY, Superintendent,
Clinton Correctional Facility; S. BROWN,
Deputy Superintendent of Security, Clinton
Correctional Facility; CAPTAIN FACTEAU,
Captain and Acting Deputy Superintendent
of Security, Clinton Correctional Facility;
SERGEANT DELUTIS, Special Housing Unit,
Area Supervisor, Clinton Correctional Facility,

                        Defendants.

---

**CHRISTIAN F. HUMMEL**
**U.S. MAGISTRATE JUDGE**

## ORDER

On February 10, 2014, plaintiff filed a motion to compel responses to interrogatories, admissions, production of documents, genuineness of documents and seeking the imposition of sanctions. Dkt. No. 60. On February 21, 2014, defendants filed a letter brief in response to plaintiff's motion to compel. Dkt. No. 64. A conference was conducted on-the-record with plaintiff pro se and defendants' counsel on May 1, 2014. A second conference was conducted with plaintiff pro se and defendants' attorneys on-the-record on May 16, 2014. As directed during those conferences and for the reasons stated at those conferences, which are incorporated herein by reference, it is hereby **ORDERED** that:

    1)    Defendants shall serve supplemental responses to plaintiff pro se's various discovery demands as directed by the Court by June 16, 2014;

2) Plaintiff pro se's request for the imposition of sanctions is **DENIED**.

3) Discovery in this matter is closed.

**IT IS SO ORDERED**.

Dated: May 19, 2014
       Albany, New York

*Christian F. Hummel*
Christian F. Hummel
U.S. Magistrate Judge